# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>   v.<br><br>**RICARDO CASTELLANOS**<br><br>   Defendant. | CR NO:   1:15-CR-027 LJO/SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum         ☐ Ad Testificandum

Name of Detainee: Ricardo Castellanos
Detained at: Wasco State Prison

Detainee is:  a.) ☐ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
                  charging detainee with:  18/922(g)(1); Felon in Possession of Ammunition
       or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings
       or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum         ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  August 26, 2015                       /s/ *Barbara A. McAuliffe*
                                              Honorable Barbara A. McAuliffe
                                              U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | AX5921 | DOB: | |
| Facility Address: | 701 Scofield Ave., Wasco, CA  93280 | Race: | |
| Facility Phone: | 661/758 8400 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                              (signature)