HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Ricardo Castellanos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00027-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE: February 11, 2019 |
| RICARDO CASTELLANOS, | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for September 24, 2018 may be continued to February 11, 2019 at 8:30 a.m.

This continuance is requested by the defense in order to allow Mr. Castellanos to complete his two-year commitment at the Jericho Project. An updated letter from the program is attached, noting he remains in compliance with the program since his admission on February 10, 2017.

At this time, the defense would also request the Court refer this matter to probation for a report and recommendation for sentencing and that Mr. Castellanos be allowed to complete the interview telephonically in order to minimize the disruption to his time at the program.

As this is a sentencing hearing and Mr. Castellanos has previously entered his guilty plea,

no exclusion of time is necessary under the Speedy Trial Act.

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: September 12, 2018                  */s/ Kimberly A. Sanchez*
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: September 12, 2018                  */s/ Charles J. Lee*
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          RICARDO CASTELLANOS

## **O R D E R**

IT IS SO ORDERED.

   Dated: **September 13, 2018**               /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE